**Affirmed and Opinion Filed June 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00248-CV

## IN RE SAMSON HADIS ALEMAYEHU, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. 12-1377-3**

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

Tsion S. Mekonnen appeals the trial court's order granting Robert D. Hemphill's application to pay attorney's fees and reimburse costs in the amount of $6,961.85. This Court, by letter dated August 19, 2013, notified Mekonnen that her pro se brief did not comply with Texas Rule of Appellate Procedure 38.1 and informed her that failure to file an amended brief within ten days may result in dismissal of the appeal without further notice from the Court.

Mekonnen filed a motion to extend time to file a brief on August 29, 2013. We granted the motion and ordered her to file an amended brief by October 4, 2013. Mekonnen did not file an amended brief.

We construe liberally pro se pleadings and briefs; however, we hold pro se litigants to the same standards as licensed attorneys and require them to comply with applicable laws and rules of procedure. *Washington v. Bank of N.Y.*, 362 S.W.3d 853, 854 (Tex. App.—Dallas 2012, no pet.). The law is well-established that, to present an issue to this Court, a party's brief shall

contain, among other things, a concise, non-argumentative statement of facts supported by record references, and clear and concise arguments with appropriate citations to authorities and the record. TEX. R. APP. P. 38.1; *Washington*, 362 S.W.3d at 854. Bare assertions of error, without argument or authority, waive error. *Washington*, 362 S.W.3d at 854. Thus, when a party fails to adequately brief a complaint, she waives the issue on appeal. *Id*.

In her "brief," Mekonnen appears to challenge the amount of attorney's fees awarded; however, she has failed to provide any argument, analysis, or authorities that make her appellate complaint viable. By failing to adequately brief her complaint, she has waived review of it. *Id*. Accordingly, we affirm the trial court's judgment.

130248F.P05

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

In re Samson Hadis Alemayehu, Deceased

No. 05-13-00248-CV

On Appeal from the Probate Court No. 3, Dallas County, Texas
Trial Court Cause No. 12-1377-3.
Opinion delivered by Justice O'Neill.
Justices Moseley and FitzGerald participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee Robert D. Hemphill recover his costs of this appeal from appellant Tsion S. Mekonnen.

Judgment entered June 10, 2014

/Michael J. O'Neill

MICHAEL J. O'NEILL
JUSTICE

–3–